UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

**KELSEY MORTON,**

       **Plaintiff,**

v.                              **CASE NO.: 8:13-cv-02341-SDM-TGW**

**JPMORGAN CHASE BANK, N.A.,**

       **Defendant.**

_____/

**NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE**

Plaintiff, Kelsey Morton, by and through undersigned counsel, and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), hereby files this Notice of Settlement and Voluntary Dismissal With Prejudice. By submission of this Notice, submitting counsel represents that this matter has settled and Plaintiff is voluntarily dismissing the action with prejudice.

Dated: December 19, 2013                      Respectfully Submitted,

                                                           **CENTRONE & SHRADER, LLC**
                                                           1710 N. 19th Street, Suite 205
                                                           Tampa, Florida 33605
                                                           Phone: (813) 360-1529
                                                           Fax:    (813) 336-0832

                                                           /s/ Gus M. Centrone

                                                           **GUS M. CENTRONE, ESQ.**
                                                           Florida Bar No. 30151
                                                           e-mail: gcentrone@centroneshrader.com
                                                           **BRIAN L. SHRADER, ESQ.**
                                                           Florida Bar No. 57251
                                                           e-mail: bshrader@centroneshrader.com
                                                           Attorneys for Plaintiff

**CERTIFICATE OF SERVICE**

      I HEREBY CERTIFY that on December 19, 2013, I presented a true and correct copy of the foregoing to the Clerk of the United States District Court for the Middle District of Florida, Tampa Division, for filing and uploading to the CM/ECF system.

      /s/ Gus M. Centrone
      **GUS M. CENTRONE, ESQ.**