UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

KELSEY MORTON,

    Plaintiff,

v.                                                                      CASE NO: 8:13-cv-2341-T-23TGW

JP MORGAN CHASE BANK, N.A.,

    Defendant.
_____/

## **ORDER**

The plaintiff submits (Doc. 5) a notice of settlement and of voluntary dismissal.

Under Rule 41(a)(1)(A)(i), Federal Rules of Civil Procedure, this action is

**DISMISSED WITH PREJUDICE**.  The clerk is directed to close the case.

ORDERED in Tampa, Florida, on December 19, 2013.

_____
STEVEN D. MERRYDAY
UNITED STATES DISTRICT JUDGE